Katherine M. Rausch, appellee, v. Walter C. Cleave and Hazel M. Cleave, appellants. Gen. No. 38,166.

Heard in the first division of this court for the first district at the June term, 1935.
Opinion filed May 22, 1935. Rehearing denied June 10, 1935.
McKinney, Lynde & Grear, for appellants; George H. Grear and Jeffrey Shedd, of counsel. A. C. Lewis and A. H. Patek, for appellee.
Mr. Justice McSurely delivered the opinion of the court.